# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| MEENU ARYA, NARENDER ARYA, AND SANJAY HOODA, | : |
| Plaintiffs, | : |
| v. | : 3:17-CV-00032-RGJ-LLK |
| AJAY TAXAK, et al., | : |
| Defendants. | : |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Magistrate Judge Lanny King's August 31, 2018 Report (Dkt. No. 52) and May 16, 2019 Order (Dkt. No. 68) Plaintiffs Meenu Arya, Narender Arya, and Sanjay Hooda (collectively, "Plaintiffs"), and Defendants Ajay Taxak, Sanjay Taxak, Dakshin South Indian Restaurant, Subzi Mandi, Zayka Foods, LLC, Fateh Imports, Inc., Indra International, Inc., Sanprit Resources, Inc., Samayra Inc., Taxaks Gasoline LLC, Taxak University, LLC, Midwest Logistics, LLC, Swades, LLC, Yoway LLC, Ajayupu LLC, AU Infotech LLC, AU Farm2pharma, LLC, and AU Wholesale, LLC (collectively, "Defendants"), in light of the August 27, 2018 settlement in principle between Plaintiffs and Defendants and subsequent execution of a settlement and release agreement, stipulate to the dismissal of the above-captioned action without prejudice, and with each party to bear its own attorneys' fees, expenses, charges and costs. Unless either party has moved to reopen the case, this case will be deemed dismissed finally and with prejudice thirty (30) days after entry of this stipulation.

Dated: May 22, 2019

Respectfully submitted,

By: */s/ Amanda S. Amert*

Aaron J. Bentley
Belzley Bathurst & Bentley
P.O. Box 278
Prospect, KY 40059
Tele. (502) 690-6054
abentley3b@gmail.com

Amanda S. Amert, admitted *pro hac vice*
Cristina Covarrubias, admitted *pro hac vice*
Garrett S. Fitzsimmons, admitted *pro hac vice*
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
Tele. (312) 222-9350
aamert@jenner.com
ccovarrubias@jenner.com
gfitzsimmons@jenner.com

*Attorneys for Plaintiffs Meenu Arya, Narender Arya, and Sanjay Hooda*


By: */s/ Jason M. Nemes*

Jason M. Nemes
Mary E. Eade
Nemes Eade PLLC
P.O. Box 43757
Louisville, KY 40253
jnemes@nemes-eade.com
meade@nemes-eade.com
502-792-0350

*Attorneys for Defendants Sanjay Taxak, Dakshin South Indian Restaurant, Subzi Mandi, Zayka Foods, LLC, Fateh Imports, Inc., Indra International, Inc., Sanprit Resources, Inc., Samayra Inc., Taxaks Gasoline LLC, Taxak University, LLC, Midwest Logistics, LLC, Swades, LLC, and Yoway LLC*

By: */s/ Michael L. Goodwin*

Michael L. Goodwin
600 West Main Street, Suite 100
Louisville, KY 40202
502-584-7622
michaellgoodwin@me.com

*Attorney for Defendants Ajay Taxak, Ajayupu LLC, AU Infotech LLC, AU Farm2pharma, LLC, and AU Wholesale, LLC*